# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SHAREE LABELLE ASBERRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-12-796-M |
| | ) | |
| MILLICENT NEWTON-EMBRY, | ) | |
| Warden, Mabel Bassett Correctional Facility, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On January 18, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the Petition for Writ of Habeas Corpus be denied. Petitioner was advised of her right to object to the Report and Recommendation by February 5, 2013. On January 28, 2013, petitioner filed her objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 15] issued by the Magistrate Judge on January 18, 2013, and

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 31st day of January, 2013.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE